IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NAIMA URRUTIA,

       Plaintiff,

v.

WAL-MART STORES, INC.,
WAL-MART STORES EAST, LP,

       Defendants.

3:18-CV-01254
(JUDGE MARIANI)

## ORDER

AND NOW THIS 27th DAY OF OCTOBER, 2020, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion for Summary Judgment (Doc. 23) is **DENIED.**

_____
Robert D. Mariani
United States District Judge