IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAIMA URRUTIA, | : |
| Plaintiff, | : |
| v. | : 3:18-CV-01254 |
| | : (JUDGE MARIANI) |
| WAL-MART STORES, INC., | : |
| WAL-MART STORES EAST, LP, | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 9th DAY OF FEBRUARY, 2021, Magistrate Judge Joseph Saporito having reported that the parties have settled the above-captioned action, **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge